# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SHANICE JACKSON *et al.*,

      *Plaintiffs*,

  v.

DISTRICT OF COLUMBIA,

      *Defendant*.

Civil Action No. 19-197 (TJK/DAR)

## ORDER

Plaintiff Shanice Jackson and her daughter, L.E., filed a complaint for injunctive and declaratory relief under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq.* ECF No. 1. The parties moved for summary judgment. ECF Nos. 9–10. On June 2, 2020, Magistrate Judge Deborah A. Robinson filed a thorough and well-reasoned Report and Recommendation that the Court grant Defendant's motion and deny Plaintiff's cross-motion. ECF No. 17 at 36. In short, Magistrate Judge Robinson found that L.E.'s April 2017, January 2018, and June 2018 individualized education programs were reasonably calculated to enable L.E. to make progress appropriate in light of her circumstances. *Id.* at 21–30. She also found that Defendant did not deny L.E. a free appropriate public education by failing to (1) conduct a functional behavior assessment, (2) implement a behavior intervention plan, or (3) provide a psychological independent education evaluation. *Id.* at 30–35.

Local Rule 73.2(b) requires that a party file written objections to the magistrate judge's proposed findings and recommendations within 14 days. LCvR 72.3(b); *see also* Fed. R. Civ. P. 72(b)(2). Failure to do so operates to "waiv[e] the right to further consideration of any sort."

*Thomas v. Arn*, 474 U.S. 140, 152 (1985).  Since the parties have waived any objections to the Report and Recommendation by not filing any timely objections, it is hereby **ORDERED** that:

1. The Report and Recommendation, ECF No. 17, is **ADOPTED IN FULL**;

2. Plaintiffs' Motion for Summary Judgment, ECF No. 9, is **DENIED**; and

3. Defendant's Cross-Motion for Summary Judgment, ECF No. 10, is **GRANTED**.

This is a final, appealable Order.  The Clerk of Court is directed to close the case.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: June 18, 2020